

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

JAN 2 6 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Scott-Thomas; .Bradley – Executor
SCOTT THOMAS BRADLEY™ ESTATE
Executor Office.
general delivery post office
c/o PO Box 26203
[scottsdale] Arizona nation, zip exempted near [85255-9998]
Scottbradley0226@gmail.com
602-931-7609

# In the district court for the united States of America
## for the district of Arizona

| | | |
|---|---|---|
| Scott-Thomas; .Bradley, *sui juris,* living man, Executor | ) | Case No: CV-22-01435-PHX-SPL |
| SCOTT THOMAS BRADLEY, Estate/Trust/Vessel | ) | |
| | ) | |
| v. | ) | **ORDER FOR ENTRY OF** |
| | ) | **DEFAULT JUDGMENT AGAINST** |
| Lori Bradley, etal. | ) | **WRONGDOER LORI BRADLEY** |
| Wrongdoers. | ) | |

1. I, Scott-Thomas; .Bradley, a man of majority age, *sui juris*, alive and living, Executor of the SCOTT THOMAS BRADLEY, ESTATE, appears by Special Appearance, moving the Court for Default Judgment against Wrongdoer Lori Bradley.

2. An entry of default against Wrongdoer Lori Bradley was entered into the record by the Clerk of Court on January 13th, 2023 (see Doc. 70).

3. Once Default has been properly entered, the Court has discretion to grant Default Judgment against a defendant/wrongdoer pursuant to Rule 55(b).

4. Factors the Court is to consider in deciding whether to grant Default Judgment (collectively known as "*Eitel* factors") include (1) possibility of prejudice to Plaintiff/Claimant, (2) merits of the claims, (3) sufficiency of the complaint, (4) the amount of money at stake, if any, (5) possibility of a dispute concerning material facts, (6) whether default was due to excusable neglect, and (7) the policy favoring decision on the merits. *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

5. The aforementioned *Eitel* factors, when applied in balance to this case, will be shown to be in favor granting Default Judgment against Wrongdoer Lori Bradley.

6. Given the highly serious nature of these claims, Wrongdoer Lori Bradley has no satisfactory excuse for not appearing, pleading, or otherwise defending in this case and by her actions has shown a willful and egregious disrespect for the rule of law, court procedures, civil morality, and demonstrated personal negligence that undercuts good faith. "For everyone practicing evil hates the light and does not come to the light, lest his deeds should be exposed. But he who does the truth comes to the light, that his deeds may be clearly seen, that they have been done in God." (*John 3:19-20 Holy Bible; PL97-280*)

7. Default Judgment has not been obtained by mistake, inadvertence, surprise, fraud, excusable neglect, or misrepresentation, and therefore would **not** be an abuse of discretion by this Court.

8. "In cases like this one, in which Defendants have not participated in the litigation at all, the first, fifth, sixth, and seventh [Eitel] factors are easily addressed." *Zekelman Indus., Inc., v. Marker*, 2020 WL 1495210 *3 (D. Ariz. 2020).

## First Factor – Possibility of Prejudice to Plaintiff

9. If a Default Judgment were to be denied, I, Scott Thomas Bradley, would be "without recourse against Defendant, given Defendant's unwillingness to cooperate and defend." *Vogel v. Rite Aid Corp.*, 992 F. Supp. 2d 998, 1006 (C.D. Cal 2014); *PepsiCo Inc., v. Cal. Sec. Cans*, 238 F. Supp. 2d 1172, 1177 (C.D. Cal 2002); *Zekelman Indus., Inc.,* 2020 WL 1495210 *3 (D. Ariz. 2020).

10. Furthermore, an uncontested trial would only delay justice and cause further expense as the same truth and facts that would be presented are already in the record and deemed to be true.

11. Therefore, it is obvious the first factor weighs in favor of Default Judgment as withholding Default Judgment would prejudice Claimant, and I would have no recourse against Wrongdoer Lori Bradley, depriving me the opportunity to obtain judicial resolution.

## Fifth Factor – Possibility of Dispute of Material Facts

12. Due to Lori Bradley's failure to participate, there is no dispute over material facts (except damages).

13. "In deciding a motion for default judgment, all factual allegations in the Plaintiff's [Claimant's] complaint [claim] are deemed to be true, except those relating to the amount of damages." *Televideo Syst., Inc. v. Heidenthal*, 826, F. 2d 915, 917-18 (9th Cir. 1987); *DirectTV, Inc. v. Huynh*, 503 F. 3d 847, 854 (9th Cir 2007).

14. I have well-supported my claims "with ample evidence, and Defendant [Wrongdoer] has made no attempt to challenge the accuracy of the allegations in the complaint [claim], no factual disputes exist that preclude the entry of default judgment." *Landstar Ranger, Inc. v. Parth Enters, Inc.*, 725 F. Supp. 2d 916, 922 (C.D. Cal 2010)

15. Therefore, the fifth factor weighs in favor of Default Judgment.

**Sixth Factor – Whether Default was due to Excusable Neglect**

16. Verified evidence in the record of this case shows, I, Scott Thomas Bradley, have exercised great labor and effort to properly execute service of process on Lori Bradley, who has engaged in an ongoing pattern of willful and intentional avoidance of all contact with me and played games by evading service of process since March of 2022.

17. The record shows Wrongdoer Lori Bradley was properly served a full and complete copy of the Claim and Summons on 9/19/22 by a professionally licensed process server (See Doc. #30 entered on 10/4/22).

18. Lori Bradley has had ample opportunity to defend against the claim as her answer to the caim was due on 10/10/22 pursuant to F.R.Civ.P. 12(a)(1)(A)(i) but has not appeared.

19. Furthermore, verified evidence in the record, shows Wrongdoer Lori Bradley is aware of the lawsuit, as she was photographed waiving to the process server and running over the papers with her car, executed a harassing and threatening call to the Claimant immediately upon being served, and proceeded to immediately pull our daughter out of school and take her out of state fleeing into Utah, where she has been residing since.

20. Furthermore, it is **the Wrongdoer Lori Bradley herself, who initiated the whole legal process involving the court system** by filing for a 1,000%+ increase in "child support" in "Family Court," rejecting and/or not responding to all my repeated attempts over several months to settle this matter peaceably, privately, and civilly, without the involvement of the courts.

21. "This factor favors default judgment when defendant has been properly served or the plaintiff demonstrates that the defendant is aware of the lawsuit." *Wecosign, Inc. v. IFG Holdings, Inc.*, 845 F. Supp. 2d 1072, 1082 (C.D. Cal 2012)

22. There is no indication that Lori Bradley's default is due to excusable neglect, while ample evidence suggests the Wrongdoer has acted in bad faith through inexcusable personal

negligence, and willful, egregious disrespect for the law of nature and nature's God, along with civil court procedures.

23. Therefore, the sixth factor favors Default Judgment.

### Seventh Factor – Policy of Favoring Decisions on Merits

24. The seventh factor generally disfavors Default Judgment. However, mere existence of Rule 55(b) "indicates that this preference, standing alone, is not dispotive." *PepsiCo Inc.* 238 F. Supp. 1177

25. Lori Bradley's failure to respond renders a decision based on merits impracticable if not impossible.

26. Default Judgment is appropriate when a defendant fails to adequately defend against a lawsuit. See *Wecosign* at 1083; *Craigslist, Inc., v. Naturemarket, Inc.*, 694 F. Supp. 2d 1039, 1061 (N.D. Cal 2010)

27. "Default mechanism is necessary to deal with wholly unresponsive parties who could otherwise cause the justice system to grind to a halt. Defendants who appear to be 'blowing off' the complaint should expect neither sympathy nor leniency from the court." *2 Gensler Federal Rules of Civil Procedure Rules & Commentary*, Rule 55, at 119-20 (2020).

28. "The entry of a default judgment is proper against a totally non-responsive party to avoid undue delay to plaintiff in obtaining relief and to the court in disposing of the suit." Indeed the "diligent party must be protected lest he be faced with interminable delay and continued uncertainty to his rights." *H.F. Livermore Corp. v. Aktiengesellschaft Gebruder Loepf*, 432 F. 2d 689, 691 (D.C. Cir. 1970)

29. Therefore, the seventh factor as applied to this case favors default judgment, or is at least neutral, mitigating Court's concern about not deciding the case on merits.

### Fourth Factor – Amount of Money at Stake, If Any

30. The fourth factor – amount of money at stake – seems to weigh against Default Judgment, as I have sought a substantial sum of $5,775,000 for extreme ongoing trespass upon my sacred foundational rights of life, liberty, and happiness (see Doc. #1, Annex 3 Bill of Particulars with Transgression Fee Schedule).

31. To calculate damages, I considered both their statutory values set by government for violations by their employees in 18 USC 3571, $250,000 per violation by an individual and $500,000 for

agency, as well as precedent for compensatory damages for trespass upon foundational life and liberty rights as established in the case of *Trezevant v. City of Tampa,* 741 F.2d 336 (1984), wherein damages were set at $25,000 per 23 minutes or $1,600,000 day.

32. What is more severe, being confined of liberty for 23 minutes, or the irreparable loss of the enjoyment of life with one's own daughter for nearly a year in her formative years?

33. Indeed, while *actual physical* damages are nominal, limited to the administrative expenses and thousands of hours spent seeking judicial resolution, calculating actual *compensatory* and *punitive* damages in either method as described in ¶ 31 (of which I have unlimited authority to set as protected by 9th & 10th Amendment) for the severe irreparable injury and emotional duress caused, resulted in a figure in the hundreds of millions of dollars (ex: $1.6M x 285 days). In comparison, the sum sought though substantial, is not unreasonable.

34. However, I, Scott Thomas Bradley, also have never desired money from Wrongdoer Lori Bradley. Financial damages are not an adequate remedy at law in this matter for the irreparable injury done. I only want to enjoy life and live in peace with my offspring.

35. Indeed, true justice for my daughter would see that Wrongdoer Lori Bradley's money would be better spent on a proper Mental Status Exam, followed by an appropriate treatment plan contingent upon a confirming diagnosis, by a qualified psychiatrist specialized in thought disorders and parental alienation.

36. Furthermore, other redress, relief and remedy sought from the Court, sole lawful possession and legal custody of my daughter (to administer equitable time for her with her whole family), injunctive relief against ongoing and future retaliatory trespass upon my property/rights by Wrongdoer Lori Bradley, and full discharge/set-off of all involuntary debt bondage/peonage (see definition (b) of "Human Trafficking" in Human Trafficking Prevention Act of 2000) in form of "child support obligations," is sufficient enough and not inconsequential to hopefully discourage ongoing and future trespass by Wrongdoer.

37. Therefore, I, Scott Thomas Bradley, seek to **narrow the relief sought** against Wrongdoer Lori Bradley to aid the Court in disposing this case to nominal damages of $21.00, sole lawful possession/custody of my daughter, injunctive relief against ongoing and future trespasses upon my property/rights, full discharge of all involuntary debt bondage, and *any such further and other relief as this Court may deem just and proper.*

38. "Where the Court has the discretion to reduce the monetary award to a less substantial sum that the Court considers reasonable, the fourth *Eitel* factor becomes neutral." *Zekelman Indus. Inc. v. Marker*, No. CV-19-02109-PHX-DWL, 8 (D. Ariz. 2020) (*TwitchInteractive, Inc. v. Johnston*, 2018 WL 1449525, *8 (N.D. Cal. 2018).

### Second and Third Factors – Merits of Claims and Sufficiency of Complaint

39. ""These two factors are often analyzed together and require courts to consider whether a plaintiff has stated a claim on which it may recover." *Vietnam Reform Party v. Viet Tan - Vietnam Reform Party*, 416 F. Supp. 3d 948, 962 (N.D. Cal. 2019)" *Zekelman Indus. Inc. v. Marker*, No. CV-19-02109-PHX-DWL, 8 (D. Ariz. Mar. 26, 2020)

40. A complaint satisfies this standard when the claims "cross the line from the conceivable to plausible." *Ashcroft v. Iqbal*, 556 U.S. 662, 680 (2009) (*citing Bell Atl. Corp v. Twombly*, 550 U.S. 544 (2007))

41. Indeed, I, Scott Thomas Bradley, have well plead sufficient facts plausibly showing that my substantive claims, that Wrongdoer Lori Bradley has trespassed upon my sacred natural rights, are meritorious.

42. All truth and facts have been supported by a preponderance of copious amounts of evidence in the form of verified affidavits, witness declarations, police reports, exhibits, and Lori Bradley's own confessions via text messages, emails, photographs, and statements to police officers as recorded on police reports.

43. For the sake of not flooding the Court with repetitive redundant allegations, all claims made in Doc. #1, particularly Paragraphs 154-245, are to be incorporated herein and treated as if included within this paper verbatim.

44. The sum of a man's rights is his most valuable property and the fountain of law from which all the laws of man originate. Natural rights, such as the enjoyment of life with one's offspring, are the most sacred of his rights and foundational to the enjoyment of life, liberty, and a man's pursuit of happiness as a freeman.

45. In fulfilling the highest law, "love your neighbor and do no harm," one fulfills the whole law.

46. Causing harm to a neighbor by injuring his enjoyment of life, liberty, or pursuit of happiness – is an unlawful taking and trespass upon that man's property. "No one should be enriched at the

expense of another" – maxim of law. Surely this applies to the enjoyment of life, care, custody, and rearing of one's offspring as much as physical property.

47. I have plead facts supported by evidence that an agreement exists between I, Claimant, and Wrongdoer Lori Bradley for *joint custody* of our daughter.

48. I have plead facts supported by evidence that Claimant and the Wrongdoer Lori Bradley have always mutually agreed to share custody/time with our daughter, and that although we have not followed the agreement to the letter, we have followed the spirit of the agreement by breaking from it in a way that doesn't come at the expense or trespass of either party.

49. I have plead facts showing Wrongdoer Lori Bradley's actions have demonstrated a lack of agreement that is unreasonable and/or influenced by an issue not related to our daughter's best interest, along with demonstrating an unreasonable inability to cooperate in future decision-making that is required for joint lawful possession and legal custody/decision making.

50. I have plead facts plausibly showing that **beginning** around January 2022, **escalating** in severity over time, and **continuing since**, Wrongdoer Lori Bradley **has trespassed upon my rights/property** by withholding our daughter from me, along with numerous other trespasses including breaking and entering my home without permission or consent, invading my right to privacy by contacting my place of labor to obtain private information about my labor wages and defame me as a "sovereign citizen," interfering with my right to peaceably assemble with those I love in public places like my daughter's dance studio, and invading my peace by disturbing me in my private affairs through threatening and harassing electronic communication and other forms of intentional infliction of emotional distress.

51. I have also plead sufficient facts showing that Wrongdoer Lori Bradley's **trespasses are intentional in nature**, not by mistake, going to great efforts to employ various means and methods of evasion, deceit, coercion, manipulation, threat, hiding, running from, and even moving out of state, for the expressed purpose of withholding our daughter from me.

52. Facts plead and supported by evidence in the record sufficiently **prove both malice and intentionality,** include the Wrongdoer's own previous confession of defamation of Claimant and previous instances of parental interference (Doc. 1, ¶ 224 & Annex 24), her own boastful claim to be her "*own brand of dragon that isn't going away*" (Doc. 1, ¶ 181 & Annex 15), and her confession to Detective Gibson as noted by Detective Gibson that "*Lori **understands that she is not following the parenting plan** and also **understands there is a criminal aspect of that** but feels as*

*if she is doing the right thing because she does have a fear for her daughter's safety at this time if she is with Scott."* (Doc. 1, ¶ 217 & Annex 23), while also confessing to the Detective that she has no proof or evidence to validate her fear, only *"suspicion."*

53. Unsubstantiated allegations to deceive a police officer that I am a threat to my "daughter's safety" constitutes severe defamation of my reputation – a man's reputation is also valuable property.

54. I have plead sufficient facts supported by copious evidence that Wrongdoer Lori Bradley's actions and pattern of behavior have been **with knowledge and reasonable foreseeability** that her actions would disturb or injure my sacred rights to property, peace, privacy, happiness, enjoyment of life and liberty with my daughter, and to be free from emotional duress.

55. Indeed, the Wrongdoer has demonstrated no sense of remorse, but has mocked and taunted Claimant on multiple occasions (Doc. #1, ¶ 196 & Annex 19 and Doc. #30).

56. I have also plead sufficient facts supported by copious evidence that Wrongdoer Lori Bradley's actions **have directly and proximately caused substantial actual damages** in form of loss of enjoyment of life, liberty, companionship, and happiness with my daughter, and substantial emotional distress.

    a. A Father's rights to the intimate, familial rearing of his sons and daughters is a gift from YHWH Himself, sacred, natural, universal, un-a-<u>lien</u>-able, and "plain beyond the need of multiple citation" that a natural father's "desire for and right to the companionship, care, custody, and management of his or her offspring" is an interest far more precious than any property right (*Stanley v. Illinois*, 405 U.S. 645, 651 (1972)) and one of the "**fundamental rights of freemen" essential to the orderly pursuit of happiness** that "shall not be limited or denied."

    b. The Father, is in fact, the leader of that tradition, and any subornation of those rights is in fact, an unlawful usurpation of those protections secured under the Constitution. This right of family is one that has "**long been established as one of the vital personal rights essential to the orderly pursuit of happiness by free men."** *Loving v. Virginia*, 388 U.S. 1(1967).

    c. A father's rights to the preservation of his relationship with his daughter derives from the fact that the father's achievement of a rich and rewarding life is likely to depend significantly on his ability to participate in the rearing of his offspring. A daughter's corresponding right to protection from interference in the relationship derives from the

psychic importance to her of being raised by a loving, responsible, reliable adult. *Franz v. U.S.,* 707 F 2d 582, 595-599; US Ct. App (1983).

d.  Deprivation of fundamental liberty rights "for even minimal periods of time, **unquestionably constitutes irreparable injury.**" *Elrod v. Burns,* 96 S.Ct. 2673; 427 U.S. 347, 373 (1976).

e.  "Emotional distress damages are recoverable as well." *Meaghor v. Driscoll,* 99 Mass. 281, 285 (1868).

57. Furthermore, if this case went to trial, no matter what choice of juris of law is selected, I have well plead facts supported by evidence showing I have taken lawful authority and dominion over all three juris of law – ecclesiastical/canon/trust law or "law of the air" (pleading facts showing I hold all my property including the vessels of my offspring in private express trust, rebutting any implied trust, and **Wrongdoer has breached her fiduciary duty** as co-trustee over our daughter entrusted to us by God by **acting in bad faith with unclean hands**), common law or "law of land" (pleading facts showing **I possess superior title and claim** to the vessels of my offspring and claiming my **sacred natural rights** as protected by the original organic Constitution for The u.S.A. and Arizona Const.), and commerce/contract law or "law of the water" (pleading facts supported by evidence showing I possess **unrebutted affidavits of truth and facts** pursuant to 10 Maxims of Commercial Law – Truth is sovereign, Truth is expressed in form of affidavit, unrebutted affidavit stands as both truth and judgment, He who leaves the battlefield first loses).

58. I do aver I possess additional evidence via text messages sent by Wrongdoer Lori Bradley to me at 12:37am and 1:43am on September 12th, 2022, one week prior to being served process, confessing to her actions: *"Admittedly I have intentionally tried to burn and ruin anything left between us to ensure my heart stays intact. Surely I drank my own poison…I know I've burned scars beyond repair, and have gone against what I'm trying to become…LOVE."* And *"I don't know what to say. This might be one of the hardest battles of my heart. I don't have resolve for parenting time with [daughter's name]. I'm not seeking anything from the courts, etc. I filed nothing. [Name of acquaintance] knows nothing (my protective b\*tch threats that I'm not proud of) I never sent anything to [Name of wife]'s dad. I want to control the situation because I can't live it again…I don't have answers but I don't want to feel like this anymore. It's ugly…"*

59. I have well plead "factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged" (*Twombly* 550 U.S. at 570), and the factual content is

"plausibly suggestive of a claim entitling plaintiff to relief." *Moss v. U.S. Secret Service*, 572 F. 3d 962, 969 (9th Cir. 2009)

60. Therefore, the second and third factors are in favor of Default Judgment.

### Conclusion and Demand for Redress, Remedy and Relief

61. "Where a trespass is continuing and wrongfully interferes with the legal rights of the owner, permanent injunctive relief to enjoin the trespass is appropriate, even where no permanent injury occurs." *Ferrone v. Rossi*, 311 Mass. 591, 593 (1942).

62. Custody [possession] can be awarded for Father of girls of "tender years" if Mother commits perjury, and is otherwise immoral. *Beaber v. Beaber*, 322 NE 2d 910.

63. Custody [possession] can be changed if wife is "disrespectful" of "visitation" [or joint custody/parental time] order. *Muraskin v Muraskin*, 283 NW 2d 140 (N. Dakota 1979).

64. Wife held in contempt for denial of visitation. *Peterson v. Peterson*, 530 P.2d 821 (Utah 1974); *Entwistle v. Entwistle*, 402 NYS 2d 213 (1978).

65. Offspring have an equal right to be raised by the Father, and must be awarded to the Father if he is the better parent, or Mother is not interested. *Stanley v. Illinois*, 405 US 645 (1972).

66. Regarding offspring as a "right of property" and natural law right of married fathers to superior title to the possession of their offspring. *Purinton v. Jamrock*, 195 Mass. 187; 80 N.E. 802 (1907)

67. Fathers held title to the possession of their offspring in 1760 (the date Thomas Jefferson said our laws diverged from English laws), in 1776 Declaration of Independence, and in 1789 signing of U.S. Constitution. Offspring were, per the Common Law, a right of property, (see *Purinton v. Jamrock*, 195 Mass 187; 80 N.E. 802; (1907)). The rights that existed at the signing of the Constitution remain rights today, hence offpsring are a right of property today. Rights of property, all of which Wrongdoer has trespassed upon, include at least:

    i.   Due Process of Trial by jury
    ii.  Prohibitions against unlawful takings
    iii. Cannot be held in servitude over property
    iv.  Right of reciprocals
    v.   Equity only in those things previously under Equity venue

68. Wrongdoer Lori Bradley has been properly served and is aware of the lawsuit. No excusable neglect has been demonstrated for failure to appear or defend against claims. No meritorious defense exists.

Failure to award Default Judgment would prejudice Claimant, thwart recovery, cause undue delay in obtaining relief, further aggravate and amplify ongoing injury, and deprive Claimant of judicial resolution. **Therefore, all seven *Eitel* factors favor, or are neutral toward, Default Judgment.**

69. **WHEREFORE,** I have suffered undue, irreparable loss of enjoyment of life, liberty, care, companionship, and the pursuit of happiness with my daughter, I respectfully demand and require this Court enter a Default Judgment for me Scott Thomas Bradley, against Wrongdoer Lori Bradley, awarding full and sole lawful possession and legal custody of our daughter to Scott Thomas Bradley with the immediate return of my daughter to Arizona, a permanent injunction enjoining Lori Bradley from ongoing and further trespasses upon my natural rights and property, against ongoing harassment, and against ongoing and future interference with my relationship with my daughter; nominal damages of $21.00, full discharge of all involuntary debt bondage in form of "child support," and *any such further and other relief as this Court may deem just and proper.*

70. I honorably require the Court issue a writ of execution for the full support of Constitutional law enforcement to aid me in returning my daughter home to Arizona.

All my sworn facts are true, complete, correct, and not misleading, to the best of my memory and all statements are made in good faith and sworn to under penalty of perjury in common law without the United States. Without prejudice, and without recourse, I, hereby reserve all my God-given rights and on this day ___26th___ of the month of ___January___ in the year of our Lord Yeshua two-thousand twenty-three, place my Autograph and Seal below.

By: _____

Scott-Thomas; .Bradley – Executor.
SCOTT THOMAS BRADLEY™ ESTATE.
Executor Office.
general delivery post office c/o PO Box 26203
[scottsdale] Arizona nation, zip exempted near [85255-9998]
Scottbradley0226@gmail.com
602-931-7609

Arizona state
Maricopa county

Before me, ___Catherine Wears___, a notary public, on this day personally appeared Scott Thomas Bradley, showed me necessary identification. I witnessed his autograph on this document on ___26___ day, month of ___January___ in the year of our Lord 2023.

_____ Commission expires _9/1/24_

Signature of Public Notary as Jurat                    seal

OFFICIAL SEAL
CATHERINE WEARS
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMM# 593948
My Comm. Expires Sept. 1, 2024