

**Scott-Thomas; .Bradley – Executor**
SCOTT THOMAS BRADLEY™ ESTATE.
**Executor Office.**
c/o general postal delivery PO Box 26203
[Scottsdale], Arizona nation. Zip exempted near [85255-9998].
Scottbradley0226@gmail.com
602-931-7609

```
┌──────────────────────────────┐
│ │‾FILED        __ LODGED       │
│ __ RECEIVED   __ COPY         │
│                               │
│      JAN 2 6 2023             │
│                               │
│ CLERK U S DISTRICT COURT      │
│   DISTRICT OF ARIZONA         │
│ BY    SMP        ___ DEPUTY   │
└──────────────────────────────┘
```

# In the district court of the united States of America for the district of Arizona

| | |
|---|---|
| Scott-Thomas; .Bradley, *sui juris*, living man, Executor ) | Cause No: CV-22-01435-PHX-SPL |
| SCOTT THOMAS BRADLEY,  ESTATE/TRUST          ) | |
| v.                                           ) | **VERIFIED AFFIDAVIT IN SUPPORT OF** |
| Lori Bradley, et al.,                        ) | **ORDER FOR ENTRY OF DEFAULT** |
| Wrongdoers.                             ) | **JUDGMENT AGAINST WRONGDOER** |
| ) | **LORI BRADLEY** |

---

1. I, Scott-Thomas; .Bradley, appearing by Special Appearance, do aver under penalty of perjury, that the following is true and correct to the best of my knowledge:

2. I have personal knowledge of the files, records, and pleadings in this matter.

3. The facts set forth in the **Order for Entry of Default Judgment Against Wrongdoer Lori Bradley** are true, correct, complete, and not misleading, to the best of my knowledge.

4. The Verified Claim with Supporting Affidavits and Memorandum in Law on Constitutional Guarantees were filed with the court on 8/24/22, docket #'s 1-4.

5. Affidavit of Service of Process of Summons and Claim (Doc. #30) was entered on 10/04/22 showing service of process was executed on wrongdoer Lori Bradley on 9/19/22.

6. An answer to the complaint was due by Lori Bradley on 10/10/22 pursuant to Fed.R.Civ.P. 12.

7. An entry of default against Wrongdoer Lori Bradley for failing to appear, plead, or otherwise defend, was entered into the record by the Clerk of Court on January 13th, 2023 (see Doc. 70).

8. Wrongdoer Lori Bradley's trespasses against me are continuous and ongoing daily, and I am being injured every day.

9. WHEREAS, the facts and the law contained herein are before this court; and WHEREAS, the facts and the law contained herein are the Truth; and WHEREAS, we hold said Truths to be self-evident; and, WHEREAS, self-evident Truths are undisputed and incontrovertible, WHEREAS, Truth is Sovereign and comes from God and bears His message, Truth is expressed in the form of an Affidavit, an unrebutted affidavit Stands as Truth in commerce, an unrebutted affidavit becomes the judgment in commerce, sacrifice is the measure of credibility; I, Scott-Thomas; .Bradley, honorably require the court enter an Default Judgment against Lori Bradley for the just relief required as honorably expressed in the "Order for Entry of Default Judgment Against Wrongdoer Lori Bradley," and order immediate remedy for Scott-Thomas; .Bradley along with any such further and other relief as this Court may deem just and proper.

All my sworn facts are true and correct to the best of my memory and all statements are made in good faith and sworn to under penalty of perjury in common law. Without prejudice, and without recourse, I, hereby reserve all my God-given rights and place my Autograph and Seal below:
Respectfully submitted this **26th** day of January 2023.

BY: _Scott-Thomas; .Bradley_

By: Scott-Thomas; .Bradley, *sui juris*
SCOTT THOMAS BRADLEY™ ESTATE.
**Executor Office.**
general delivery post office c/o PO Box 26203
[scottsdale] Arizona nation, zip exempted near [85255-9998]
Scottbradley0226@gmail.com
602-931-7609

Arizona state
Maricopa county

Before me, _Catherine Wears_ a notary public, on this day personally appeared Scott Thomas Bradley, showed me necessary identification. I witnessed his autograph on this document on 26 day, month of _January_ in the year of our Lord 2023.

_Catherine Wears_ _____ Commission expires _9/1/24_

Signature of Public Notary as Jurat                    seal

OFFICIAL SEAL
CATHERINE WEARS
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMM.# 593948
My Comm. Expires Sept. 1, 2024

### CERTIFICATE AND PROOF OF SERVICE

I hereby certify that on the **26th** day of the month of January 2023, a true and correct copy of this paper was properly sent to all parties to this case, via registered mail, under Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent.

BY: _Scott-Thomas; .Bradley_

Scott-Thomas; .Bradley, *sui juris*, Executor

Claimant's Verified Affidavit in Support of Order for Default Judgment against Lori Bradley          Pg. 2 of 2